UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:20-cv-2437 |
| | ) | |
| HODA   HANNA   and   CATALYST | ) | |
| SOLUTIONS HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | | |

---

## SUMMONS IN A CIVIL ACTION

---

TO:   Hoda Hanna
      14020 West Hyde Park Drive, Unit 202
      Fort Myers, FL 33912

      A lawsuit has been filed against you.  Within twenty-one (21) days after service of this summons on you (not counting the day you received it) - or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      B.J. Brinkerhoff and Alexandra J. Blackwell
      JESELSKIS BRINKERHOFF AND JOSEPH, LLC
      320 North Meridian Street, Suite 428
      Indianapolis, IN 46204

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                              *CLERK OF COURT*

Date: _____          _____

                                       *Signature of Clerk or Deputy Clerk*

Civil Action Number: 1:20-cv-2437

## **PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

_____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*


_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:20-cv-2437 |
| | ) | |
| HODA   HANNA   and   CATALYST | ) | |
| SOLUTIONS HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | | |

---

**SUMMONS IN A CIVIL ACTION**

---

TO:   Catalyst Solutions Holdings, Inc.           Catalyst Solutions Holdings, Inc.
      c/o Corporations USA, LLC, Registered Agent   c/o E.J. Weaver, Registered Agent
      4034 Willow Grove Road                        1050 Glenbrook Way, Suite 480-166
      Camden, DE 19934                              Hendersonville, TN 37075

A lawsuit has been filed against you.  Within twenty-one (21) days after service of this summons on you (not counting the day you received it) - or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B.J. Brinkerhoff and Alexandra J. Blackwell
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                        *Signature of Clerk or Deputy Clerk*

Civil Action Number: 1:20-cv-2437

## **PROOF OF SERVICE**
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*

_____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*


_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc.: