UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:20-cv-02437-JRS-MJD |
| | ) | |
| HODA   HANNA   and   CATALYST | ) | |
| SOLUTIONS HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF RETURN OF SERVICE ON DEFENDANT HODA HANNA

Plaintiff Ionji, LLC d/b/a Ionji Consulting ("Plaintiff" or "Ionji"), by counsel, respectfully

notifies the Court, pursuant to Fed. R. Civ. P. 4, that Defendant Hoda Hanna was served with a

Summons and Complaint by certified mail on September 28, 2020.  A copy of the Summons and

USPS Tracking Information is attached hereto as **Exhibit A**.  The clerk is hereby requested to

enter the date of service on Defendant Hoda Hanna as September 28, 2020.

Respectfully submitted,

*s/William J. Brinkerhoff*
B.J. Brinkerhoff, Attorney No. 24811-53
Alexandra J. Blackwell, Attorney No. 33963-06
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204
Telephone:  (317) 220-6290
Facsimile:  (317) 220-6291
bjbrinkerhoff@jbjlegal.com
ablackwell@jbjlegal.com

*Counsel for Plaintiff*