UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:20-cv-2437-JRS-MJD ) |
| HODA HANNA and CATALYST SOLUTIONS HOLDINGS, INC., | ) ) ) |
| Defendants. | ) |

### SUMMONS IN A CIVIL ACTION

TO:   Hoda Hanna
14020 West Hyde Park Drive, Unit 202
Fort Myers, FL 33912

A lawsuit has been filed against you. Within twenty-one (21) days after service of this summons on you (not counting the day you received it) - or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B.J. Brinkerhoff and Alexandra J. Blackwell
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

Date: 9/23/2020

BY: *Ashley Hosack*
Deputy Clerk

EXHIBIT A

Civil Action Number: 1:20-cv-2437

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: I served the Summons and Complaint on Hoda Hanna via certified mail, return receipt requested on September 28, 2020.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: September 28, 2020                    *s/William J. Brinkerhoff*_____
                                             *Server's Signature*

                                             William J. Brinkerhoff, Attorney for Plaintiff
                                             *Printed name and title*

                                             Jeselskis Brinkerhoff and Joseph, LLC
                                             320 North Meridian, Suite 428
                                             Indianapolis, IN 46204_____
                                             *Server's address*

Additional information regarding attempted service, etc.:

**UNITED STATES POSTAL SERVICE**

September 28, 2020

Dear Sara Dowden:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 1640 0000 6399 1853**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 28, 2020, 2:24 pm |
| Location: | FORT MYERS, FL 33912 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 14020 W HYDE PARK DR |
| City, State ZIP Code: | FORT MYERS, FL 33912-0209 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | 11oA-C19 H. Hanna |
| Address of Recipient: | 14020 W Hyde Pk #202 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004