UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HODA HANNA and CATALYST ) <br> SOLUTIONS HOLDINGS, INC., ) <br> ) <br> Defendants. | Case No.: 1:20-cv-02437-JRS-MJD |

**NOTICE OF RETURN OF SERVICE ON
DEFENDANT CATALYST SOLUTIONS HOLDINGS, INC.**

Plaintiff Ionji, LLC d/b/a Ionji Consulting ("Plaintiff" or "Ionji"), by counsel, respectfully notifies the Court, pursuant to Fed. R. Civ. P. 4, that Defendant Catalyst Solutions Holdings, Inc. c/o E.J. Weaver, Registered Agent, was served with a Summons and Complaint by certified mail on September 25, 2020.  Plaintiff further notifies the Court that that Defendant Catalyst Solutions Holdings, Inc. c/o Corporations USA, LLC, Registered Agent, was served with a Summons and Complaint by certified mail on September 30, 2020.  True and accurate copies of the summonses and USPS Tracking Information are attached hereto as **Exhibit A** and **Exhibit B**.  The clerk is hereby requested to enter the date of service on Defendant Catalyst Solutions Holdings, Inc. as September 30, 2020.

Respectfully submitted,

*s/William J. Brinkerhoff*
B.J. Brinkerhoff, Attorney No. 24811-53
Alexandra J. Blackwell, Attorney No. 33963-06
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204

Telephone:  (317) 220-6290
Facsimile:  (317) 220-6291
bjbrinkerhoff@jbjlegal.com
ablackwell@jbjlegal.com

*Counsel for Plaintiff*