UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HODA HANNA and CATALYST )<br>SOLUTIONS HOLDINGS, INC., )<br>)<br>Defendants. | Case No.: 1:20-cv-2437-JRS-MJD |

## SUMMONS IN A CIVIL ACTION

TO:  Catalyst Solutions Holdings, Inc.           Catalyst Solutions Holdings, Inc.
     c/o Corporations USA, LLC, Registered Agent  c/o E.J. Weaver, Registered Agent
     4034 Willow Grove Road                       1050 Glenbrook Way, Suite 480-166
     Camden, DE 19934                             Hendersonville, TN 37075

A lawsuit has been filed against you. Within twenty-one (21) days after service of this summons on you (not counting the day you received it) - or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B.J. Brinkerhoff and Alexandra J. Blackwell
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

Date: 9/23/2020                                BY: _Ashley Hznuck_
                                                   Deputy Clerk

Civil Action Number: 1:20-cv-2437

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

■ Other *(specify)*: I served the Summons and Complaint on Catalyst Solutions Holdings, Inc. c/o E.J. Weaver, Registered Agent, via certified mail, return receipt requested on September 25, 2020.

My fees are $ _____for travel and $_____for services, for a total of $_____.
I declare under penalty of perjury that this information is true.

Date: September 30, 2020

          *s/William J. Brinkerhoff*_____
          *Server's Signature*

          William J. Brinkerhoff, Attorney for Plaintiff
          *Printed name and title*

          Jeselskis Brinkerhoff and Joseph, LLC
          320 North Meridian, Suite 428
          Indianapolis, IN 46204
          *Server's address*

Additional information regarding attempted service, etc.:

**UNITED STATES POSTAL SERVICE**

September 25, 2020

Dear Sara Dowden:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 1640 0000 6399 1846**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | September 25, 2020, 10:06 am |
| Location: | HENDERSONVILLE, TN 37075 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient (Authorized Agent): *[handwritten: JS / KB]*

Address of Recipient: *[handwritten: C-19]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004