IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IONJI, LLC d/b/a IONJI CONSULTING** | : : : | Case No. 1:20-cv-2437 |
| Plaintiff, | : : | |
| v. | : : | **MOTION FOR ADMISSION PRO HAC VICE** |
| **HODA HANNA, et al.**, | : : | |
| Defendants. | : | |

Pursuant to S.D. Ind. Local Rule 83-6, Jeffrey M. Nye, trial attorney for Defendants, in the above-referenced action, hereby moves the court to admit Joshua M. Smith, *pro hac vice* to appear and participate as co-counsel in this case for Defendants.

As set forth in the attached affidavit, movant represents that Joshua M. Smith is a member in active status and good standing with the bars of the State of Ohio and State of Kentucky, as well as federal court in the Southern District of Ohio. Joshua M. Smith has not been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and has familiarized himself with the *Seventh Circuit Standards of Professional Conduct* and the Southern District of Indiana Local Rules. The required fee is tendered to the clerk contemporaneously with this motion.

A proposed order is also attached.

Respectfully submitted,

/s/ Jeffrey M. Nye
Jeffrey M. Nye (29800-15)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208

1

(513) 533-6714
(513) 533-2999 (fax)
jmn@sspfirm.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via CM/ECF this 13th day of October 2020.

/s/ Jeffrey M. Nye
Jeffrey M. Nye (29800-15)