IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IONJI, LLC d/b/a IONJI CONSULTING** | : | Case No. 1:20-cv-2437 |
| Plaintiff, | : | |
| v. | : | **AFFIDAVIT OF JOSHUA M. SMITH IN SUPPORT OF MOTION FOR PRO HAC VICE** |
| **HODA HANNA, et al.,** | : | |
| Defendants. | : | |

Now comes Joshua M. Smith, Esq., after having been first duly sworn and cautioned, and states as follows:

1. This affidavit is made for the purpose of obtaining pro hac vice admission to practice in the Southern District of Indiana in case no. 1:20-cv-2437.

2. I am an attorney actively admitted to practice in and good standing with the bars of the State of Ohio and State of Kentucky, as well as federal court in the Southern District of Ohio.

3. I have not been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and have never received a reprimand of been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. I have read and familiarized myself with the *Seventh Circuit Standards of Professional Conduct* and the Southern District of Indiana Local Rules of this court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

1

5. My identifying information is as follows:

> Joshua M. Smith, Esq.
> Stagnaro, Saba & Patterson, Co. LPA
> 2623 Erie Avenue
> Cincinnati, Ohio 45208
> (513) 533-6715
> jms@sspfirm.com

AFFIANT FURTHER SAYETH NAUGHT.

_____
Joshua M. Smith, Esq.

STATE OH OHIO          )
                       ) SS.
COUNTY OF HAMILTON     )

The foregoing affidavit was subscribed and sworn before me, a Notary Public in and for the State and County aforesaid, on this 13 day of October 2020 by Joshua M. Smith who personal appeared before me for the purposes therein mentioned.

_____
Haley Rubel
Notary Public, State of Ohio

HALEY RUBEL
Notary Public, State of Ohio
My Commission Expires 05-16-2024

2

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Joshua Michael Smith** (Attorney Reg. No. **0092360**) was admitted to the practice of law in Ohio on **November 17, 2014**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Joshua Michael Smith pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Joshua Michael Smith pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Joshua Michael Smith with the Supreme Court.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of May, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

*[signature]*
Martha Asseff
*Counsel, Office of Attorney Services*

No. 2020-05-12-1
Verify by email: GoodStandingRequests@sc.ohio.gov