# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IONJI, LLC d/b/a IONJI CONSULTING** | : Case No. 1:20-cv-2437 |
| Plaintiff, | : |
| v. | : **ORDER GRANTING MOTION FOR** |
| | : **ADMISSION PRO HAC VICE** |
| **HODA HANNA, et al.**, | : |
| Defendants. | : |

Counsel for Defendants filed a motion, pursuant to S.D. Ind. Local Rule 83-6, for admission *pro hac vice* of Joshua M. Smith to represent Defendants as co-counsel in this action. The Court finds that the motion should be granted.

IT IS SO ORDERED that Joshua M. Smith is hereby admitted *pro hac vice* to represent Defendants in this action.

ENTERED this ___ day of _____, 2020.

_____
Judge, United States District Court
For the Southern District of Indiana