American Arbitration Association and International Centre for Dispute Resolution

Commercial Arbitration Rules

Case Number: 01-19-0004-2597

Catalyst Solutions Holdings, Inc.
-vs-
Ionji Consulting, LLC

Answering Statement/Counterclaim
of <u>Ionji Consulting, LLC</u>

Please answer Claimant's Demand for Arbitration (and describe your counterclaim, if applicable):

    Respondent/Counterclaimant, Ionji Consulting, LLC ("Ionji"), denies that any commissions are due and owing to Claimant/Counterclaim Respondent Catalyst Solutions Holdings, Inc. ("Claimant"). Ionji further denies that any other amounts are due and owing to Claimant, either at present or in the future.

    Further, Ionji asserts that Claimant was the first to materially breach the Strategic Alliance Agreement (the "SAA") between the parties. Claimant's breaches include violations of the SAA's "Confidentiality" (Section 4), "Conflicts of Interest; Non-hire Provision" (Section 5), and "Exclusive Providers" (Section 6) clauses, among others. Further, Claimant breached its fiduciary duty and its duty of loyalty owed to Ionji by the nature of their joint venture. Since the breach of the SAA, Claimant has tortuously interfered with Ionji's business and contractual relationships, by encouraging and soliciting clients to sever their agreements or relationships with Ionji. Claimant, by and through its owner(s), agents and/or representatives, has (and continues to) wrongfully disparaged and defamed Ionji to third parties.

Counterclaim Amount: **<u>$148,000.00, subject to further calculations through discovery</u>**

Other Relief Sought (Attorney's fees, Interest, Arbitration Costs, Punitive/Exemplary, Other): Attorney's fees, costs and interests where permitted by law.

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute: **Ionji requests the Arbitrator be familiar with contract drafting and interpretation, and preferably (but not necessarily) familiar with the consulting industry.**

Hearing Locale Requested:  **Marion or Hamilton County, Indiana**

Estimated time needed for hearings overall: **<u>3-4 days for final hearing</u>** (Hours/Days)

Signed:    <u>*s/B.J. Brinkerhoff*</u>

Name:    <u>B.J. Brinkerhoff</u>

Date:    <u>January 9, 2020</u>

William J. Brinkerhoff  
Alexandra J. Blackwell  
Jeselskis Brinkerhoff and Joseph LLC  
350 Massachusetts Avenue  
Suite 300  
Indianapolis, IN 46204  

*Counsel for Ionji Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2020, I electronically filed the foregoing with the American Arbitration Association using the AAA Webfile portal and that the foregoing document was served upon the following persons by email:

Jeffrey Nye        jmn@sspfirm.com

Joshua Smith      jms@sspfirm.com


*s/B.J. Brinkerhoff*  
B.J. Brinkerhoff