UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02437-JRS-MJD |
| | ) |
| HODA HANNA, | ) |
| CATALYST SOLUTIONS HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER VACATING STATUS & SETTLEMENT CONFERENCES**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

In light of the parties' Joint Stipulation to Dismiss with Prejudice [Dkt. 27], the Court hereby **VACATES** the Telephonic Status Conference set for **December 15, 2020 at 4:30 p.m.** and the Settlement Conference set for **April 22, 2021 at 9:00 a.m.**

SO ORDERED.

Dated:   14 DEC 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.