UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IONJI, LLC d/b/a IONJI CONSULTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:20-cv-02437-JRS-MJD |
| HODA HANNA and CATALYST SOLUTIONS HOLDINGS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS this matter DISMISSED WITH PREJUDICE, the parties to bear their own attorneys' fees and costs.

SO ORDERED.

Date: 12/14/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to all counsel via CM/ECF.